IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SYEDA MCCLOUD,

    Plaintiff,

v.

DEAN J. ANDERSON GROUP, INC.,

    Defendant.

CIVIL ACTION NO.: 4:20-cv-300

**O R D E R**

In a recent Order, the Court dismissed Plaintiff's Complaint and granted Plaintiff fourteen days to file an amended complaint, if she so desired. (Doc. 19.) In that Order, the Court explicitly advised Plaintiff that "[f]ailure to file an amended complaint within the time prescribed will result in the dismissal of this action, without prejudice, without further notice." (Id. at p. 10.) On the fourteenth day, Plaintiff requested, (doc. 20), and the Court granted, (doc. 21), a seven-day extension of time to file an amended complaint. The Court noted that Plaintiff had offered no explanation or basis for her request—except that she and her counsel were simply "in need of additional time to properly prepare and file an amended complaint," (doc. 20, p. 1)—and the Court advised Plaintiff that no further extensions of time would be granted without a showing of good cause. (Doc. 21.) More than seven days have passed without Plaintiff having filed an amended complaint or a second request for an extension of time. Accordingly, the Court **DISMISSES** this

case **WITHOUT PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to enter an appropriate judgment and to **CLOSE** this case.

    **SO ORDERED**, this 28th day of July, 2022.

 

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA